Paul T. Trimmer
Nevada State Bar No. 9291
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
paul.trimmer@jacksonlewis.com
hilary.williams@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants Golden Entertainment (NV), Inc. and Golden-PT's El Capitan 68 LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AKNEEKO A. CARNES, individually,<br><br>Plaintiffs,<br><br>vs.<br><br>GOLDEN ENTERTAINMENT (NV), INC, a Foreign Corporation; GOLDEN-PT'S EL CAPITAN 68 LLC, a Limited-Liability Company; GORDON BORGWALD, individually; and GERALD CAHOON, individually,<br><br>Defendant. | Case No. 2:21-cv-01409-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS GOLDEN ENTERTAINMENT (NV), INC. AND GOLDEN-PT'S EL CAPITAN 68 LLC TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT**<br><br>**(First Request)** |

Defendants Golden Entertainment (NV), Inc. and Golden-PT's El Capitan 68 LLC ("Defendants") by and through their counsel, Jackson Lewis P.C., and Plaintiff Akneeko A. Carnes ("Plaintiff") by and through her counsel, Lagomarsino Law, hereby stipulate and agree to extend the time for Defendants to respond to Plaintiff's Complaint by thirty (30) days, up to and including September 23, 2021. This Stipulation is submitted and based on the following:

1. Defendants' response to the Complaint is currently due on August 24, 2021.

2. Defendants and their counsel need additional time to investigate Plaintiff's allegations before responding to the Complaint.

3. This is the first request for an extension of time for Defendants to file a response to Plaintiff's Complaint.

4. This request is made in good faith and not for the purpose of delay.

5. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 20th day of August, 2021.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Andre M. Lagomarsino*<br>Andre M. Lagomarsino, Esq., Bar No. 6711<br>Cory M. Ford, Esq., Bar No. 15042<br>3005 W. Horizon Ridge Pkwy., Suite 241<br>Henderson, Nevada 89052<br>Tel: (702) 383-2864 | */s/ Paul T. Trimmer*<br>Paul T. Trimmer, Bar No. 9291<br>Hilary A. Williams, Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460 |
| *Attorney for Plaintiff Akneeko A. Carnes* | *Attorneys for Defendants Golden Entertainment (NV) Inc. and Golden-PT's El Capitan 68 LLC* |

**ORDER**

IT IS SO ORDERED:

~~United States District Court Judge~~ /
United States Magistrate Judge

Dated: August 23, 2021