Paul T. Trimmer
Nevada State Bar No. 9291
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
paul.trimmer@jacksonlewis.com
hilary.williams@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendants Golden Entertainment (NV), Inc. and Golden-PT's El Capitan 68 LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AKNEEKO A. CARNES, individually,<br><br>Plaintiffs,<br>vs.<br><br>GOLDEN ENTERTAINMENT (NV), INC, a Foreign Corporation; GOLDEN-PT'S EL CAPITAN 68 LLC, a Limited-Liability Company; GORDON BORGWALD, individually; and GERALD CAHOON, individually,<br><br>Defendant. | Case No. 2:21-cv-01409-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANTS GOLDEN ENTERTAINMENT (NV), INC. AND GOLDEN-PT'S EL CAPITAN 68 LLC TO FILE A RESPONSE TO PLAINTIFF'S COMPLAINT [ECF NO. 1]**<br><br>**(SECOND REQUEST)** |

Defendants Golden Entertainment (NV), Inc. and Golden-PT's El Capitan 68 LLC ("Defendants,") by and through their counsel, Jackson Lewis P.C., and Plaintiff Akneeko A. Carnes ("Plaintiff,") by and through her counsel, Lagomarsino Law, hereby stipulate and agree to a second extension of the time for Defendants to file a response to Plaintiff's Complaint [ECF No. 1]. Defendants were served on August 3, 2021 with a copy of the Complaint [ECF No. 1]. Defendants' response to the Complaint [ECF No. 1] was previously extended to September 23, 2021.

Plaintiff and Defendants have agreed to a two-week extension of time for Defendants to file a response to the Complaint [ECF No. 1]. Defendants shall, therefore, have an extension of time to respond to the Complaint [ECF No. 1] as follows:

1.   Defendants' response to the Complaint [ECF No. 1] is currently due on September 23, 2021.

2.   After communicating with Defendants' counsel, Plaintiff is evaluating whether to amend the Complaint [ECF No. 1] to dismiss Defendants, which would render Defendants' responses to the Complaint [ECF No. 1] unnecessary.

3.   Defendants shall have until October 7, 2021 to file a response to the Complaint [ECF No. 1].

4.   This is the second request for an extension of time for Defendants to file a response to Plaintiff's Complaint [ECF No. 1].

5.   This request is made in good faith and not for the purpose of delay.

6.   Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 23rd day of September, 2021.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| */s/ Cory M. Ford* | */s/ Hilary A. Williams* |
| Andre M. Lagomarsino, Esq., Bar No. 6711 | Paul T. Trimmer, Bar No. 9291 |
| Cory M. Ford, Esq., Bar No. 15042 | Hilary A. Williams, Bar No. 14645 |
| 3005 W. Horizon Ridge Pkwy., Suite 241 | 300 S. Fourth Street, Suite 900 |
| Henderson, Nevada 89052 | Las Vegas, Nevada 89101 |
| Tel: (702) 383-2864 | Tel: (702) 921-2460 |
| *Attorney for Plaintiff Akneeko A. Carnes* | *Attorneys for Defendants Golden Entertainment (NV) Inc. and Golden-PT's El Capitan 68 LLC* |

**ORDER**

IT IS SO ORDERED:

~~United States District Court Judge /~~
United States Magistrate Judge

Dated: September 24, 2021