Paul T. Trimmer
Nevada State Bar No. 9291
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
paul.trimmer@jacksonlewis.com
hilary.williams@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Golden Gaming LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| AKNEEKO A. CARNES, individually,<br><br>Plaintiff,<br><br>vs.<br><br>GOLDEN GAMING, LLC, a Domestic Limited-Liability Company; GORDON BORGWALD, individually; and GERALD CAHOON, individually,<br><br>Defendants. | Case No. 2:21-cv-01409-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR DEFENDANT GOLDEN GAMING, LLC TO FILE A RESPONSE TO PLAINTIFF'S FIRST AMENDED COMPLAINT [ECF No. 15]**<br><br>**(First Request)** |

Defendant Golden Gaming, LLC ("Defendant,") by and through its counsel, Jackson Lewis P.C., and Plaintiff Akneeko A. Carnes ("Plaintiff,") by and through her counsel, Lagomarsino Law, hereby stipulate and agree to extend the time for Defendant to file a response to Plaintiff's First Amended Complaint [ECF No. 15]. Defendant was served on October 26, 2021 with a copy of the First Amended Complaint [ECF No. 15]. Defendant's response to the First Amended Complaint [ECF No. 15] is currently November 16, 2021.

Plaintiff and Defendant have agreed to a three-week extension of time for Defendant to file a response to the First Amended Complaint [ECF No. 15]. Defendant shall, therefore, have an extension of time to respond to the First Amended Complaint [ECF No. 15] as follows:

1. Defendant's response to the First Amended Complaint [ECF No. 15] is currently due on November 16, 2021.

2. Plaintiff has announced her intent to file a second amended complaint, which would render Defendant's response to the First Amended Complaint [ECF No. 15] unnecessary.

3. Defendants shall have until December 7, 2021 to file a response to the First Amended Complaint [ECF No. 15].

4. This is the first request for an extension of time for Defendant to file a response to Plaintiff's First Amended Complaint [ECF No. 15].

5. This request is made in good faith and not for the purpose of delay.

6. Nothing in this Stipulation, nor the fact of entering to the same, shall have the effect of or be construed as waiving any claim or defense held by any party hereto.

Dated this 16th day of November, 2021.

| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
|---|---|
| /s/ Cory M. Ford | /s/ Hilary A. Williams |
| Andre M. Lagomarsino, Esq., Bar No. 6711<br>Cory M. Ford, Esq., Bar No. 15042<br>3005 W. Horizon Ridge Pkwy., Suite 241<br>Henderson, Nevada 89052<br>Tel: (702) 383-2864<br>*Attorney for Plaintiff Akneeko A. Carnes* | Paul T. Trimmer, Bar No. 9291<br>Hilary A. Williams, Bar No. 14645<br>300 S. Fourth Street, Suite 900<br>Las Vegas, Nevada 89101<br>Tel: (702) 921-2460<br>*Attorneys for Defendant Golden Gaming LLC* |

**ORDER**

IT IS SO ORDERED:

~~United States District Court Judge /~~
United States Magistrate Judge

Dated: November 17, 2021

JACKSON LEWIS P.C.
LAS VEGAS

-2-