# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AKNEEKO CARNES,<br>      Plaintiff(s),<br>v.<br>GOLDEN GAMING, LLC, et al.,<br>      Defendant(s). | Case No. 2:21-cv-01409-APG-NJK<br><br>**Order** |

      Pending before the Court is a notice indicating that this is an employment case that should be assigned to the early neutral evaluation program. Docket No. 38. An early neutral evaluation is an alternative dispute mechanism that takes place *early* in the case, generally within 90 days of a defendant's appearance. *See* Local Rule 16-6(d). This case is already beyond that early period. Indeed, discovery is currently set to end potentially before an early neutral evaluation could be scheduled. *See* Docket No. 32. Accordingly, the Court declines to refer this case to the early neutral evaluation program. *See* Local Rule IA 1-4.

      IT IS SO ORDERED.

      Dated: March 22, 2022

                                                                 Nancy J. Koppe<br>
                                                                  United States Magistrate Judge