Paul T. Trimmer
Nevada State Bar No. 9291
Hilary A. Williams
Nevada State Bar No. 14645
**JACKSON LEWIS P.C.**
300 S. Fourth Street, Suite 900
Las Vegas, Nevada 89101
paul.trimmer@jacksonlewis.com
hilary.williams@jacksonlewis.com
Tel: (702) 921-2460
Fax: (702) 921-2461

*Attorneys for Defendant Golden Gaming LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| AKNEEKO A. CARNES, individually,<br>          Plaintiff,<br><br>vs.<br><br>GOLDEN GAMING, LLC, a Domestic Limited-Liability Company; GORDON BORGWALD, individually; and GERALD CAHOON, individually,<br><br>          Defendants. | Case No. 2:21-cv-01409-APG-NJK<br><br>**STIPULATION AND ORDER TO DISMISS WITH PREJUDICE** |

Plaintiff Akneeko Carnes ("Plaintiff") by and through her counsel of record, Lagomarsino Law, Defendant Golden Gaming, LLC ("Golden Gaming") by and through its counsel of record, Jackson Lewis P.C., and Defendant Gordon Borgwald ("Borgwald,") by and through his counsel,

///
///
///
///
///
///
///
///

Messner Reeves, LLP, hereby stipulate and agree to dismiss all claims with prejudice, with each party to bear their own attorneys' fees and costs.

| | |
|---|---|
| Dated this 4th day of August, 2022. | Dated this 5th day of August, 2022. |
| LAGOMARSINO LAW | JACKSON LEWIS P.C. |
| /s/ Cory M. Ford | /s/ Hilary A. Williams |
| ANDRE M. LAGOMARSINO, ESQ.<br>Nevada Bar No. 6711<br>CORY M. FORD, ESQ.<br>Nevada Bar No. 15042<br>3005 W. Horizon Ridge Pkwy. #241<br>Henderson, Nevada 89052<br>*Attorney for Plaintiff*<br>*Akneeko Carnes* | PAUL T. TRIMMER, ESQ.<br>Nevada Bar No. 9291<br>HILARY A. WILLIAMS, ESQ.<br>Nevada Bar No. 14645<br>S. 4th Street, Suite 900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendant*<br>*Golden Gaming, LLC* |

Dated this 5th day of August, 2022.

MESSNER REEVES LLP

/s/ David M. Gould
DAVID M. GOULD, ESQ.
Nevada Bar No. 11143
8945 W. Russel Road #300
Las Vegas, Nevada 89148
*Attorney for Defendant Gordon Borgwald*

**IT IS SO ORDERED.**

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE

Dated: August 9, 2022