# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| AKNEEKO CARNES, | Case No.: 2:21-cv-01409-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| GOLDEN ENTERTAINMENT (NV), INC., et al., | |
| Defendants | |

Following the stipulation to dismiss (ECF No. 42), only defendant Gerald Cahoon remains in this action.  Cahoon was served on December 8, 2021. ECF No. 29.  Plaintiff Akneeko Carnes has taken no action since then against Cahoon.  Consequently, I direct Carnes to indicate whether and how Carnes intends to proceed against Cahoon.

I THEREFORE ORDER that by August 31, 2022, plaintiff Akneeko Carnes must move for default, voluntarily dismiss, or otherwise indicate how the plaintiff intends to proceed against defendant Gerald Cahoon.  If Carnes does not take action by that date, I will dismiss the claims against Gerald Cahoon without prejudice and without further notice.

DATED this 11th day of August, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE